```
                         United States Bankruptcy Court
                           Middle District of Florida
In re:                                                          Case No. 19-03380-CCJ
Troy Darwin Ather                                               Chapter 7
Tina Marie Ather
         Debtors              CERTIFICATE OF NOTICE
District/off: 113A-6          User: hjeff                 Page 1 of 2             Date Rcvd: May 23, 2019
                              Form ID: 309B               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db/jdb         +Troy Darwin Ather,    Tina Marie Ather,    1101 S. Black Acre Court,
                 Winter Springs, FL 32708-4435
tr             +Arvind Mahendru,    5703 Red Bug Lake Road,    Suite 284,    Winter Springs, FL 32708-4969
28266317       +Aloma Bailes, LLC,    5555 S Kirkman Rd, Suite 201,    Orlando, FL 32819-7933
28266318      #+Alpha One Security Solutions,    7925 NW 12th Street,    Suite 325,    Miami, FL 33126-1846
28266320        BB&T,   MSCR Dept,    PO Box 33007,   Horatio, SC 29062
28266322       +Cintas,   4392 34th Street,    Orlando, FL 32811-6476
28266314        David R. McFarlin,    Fisher Rushmer, P.A.,    390 North Orange Avenue,    Suite 2200,
                 Orlando, FL 32801-1642
28266325        Insight Credit Union,    PO Box 4900,   Orlando, FL 32802-4900
28266326       +J S Subs, LLC,    2121 Vista Parkway,   West Palm Beach, FL 33411-2706
28266327        JAX Emergency Physicians LLC,    PO Box 80150,    Philadelphia, PA 19101-1156
28266329       +Rockbot Inc,    1308 Broadway,   Oakland, CA 94612-2501
28266331       +Sheridan Radiology Svcs CFL,    PO Box 3380,    Indianapolis, IN 46206-3380
28266333       +Stearns Bank, NA,    4191 2nd Street South,    Saint Cloud, MN 56301-3761
28266334       +Submerge Subs, Inc,    3607 Aloma Avenue #1071,    Oviedo, FL 32765-8856
28266336       +United Franchise Group,    2121 Vista Parkway,    West Palm Beach, FL 33411-2706
28266337       +Wells Fargo,    5600 Red Bug Lake Rd,   Winter Springs, FL 32708-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dmcfarlin@fisherlawfirm.com May 23 2019 23:52:45      David R McFarlin,
                 Fisher Rushmer, PA,    390 N Orange Avenue, Suite 2200,    Orlando, FL  32801
tr             +EDI: FAMAHENDRU May 24 2019 03:28:00      Arvind Mahendru,    5703 Red Bug Lake Road,   Suite 284,
                 Winter Springs, FL 32708-4969
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov May 23 2019 23:53:37
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
28266319       +EDI: AMEREXPR.COM May 24 2019 03:28:00      American Express,    220 Vesey Street,
                 New York, NY 10080-0001
28266321        E-mail/Text: bankruptcy@bbandt.com May 23 2019 23:53:35       BB&T,   Attn: Bankruptcy Dept,
                 PO Box 1847,    Wilson, NC 27894
28266324        E-mail/Text: bankruptcy@fairwinds.org May 23 2019 23:54:17       Fairwinds Credit Union,
                 Attention: Bankruptcy,    3075 N. Alafaya Trail,   Orlando, FL 32826
28266323       +E-mail/Text: bankruptcy@fairwinds.org May 23 2019 23:54:17       Fairwinds Credit Union,
                 1475 Tuskawilla Road,    Winter Springs, FL 32708-5209
28266310        EDI: FLDEPREV.COM May 24 2019 03:28:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
28266311        EDI: IRS.COM May 24 2019 03:28:00      Internal Revenue Service,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
28266328        EDI: HCA2.COM May 24 2019 03:28:00      Oviedo Medical Center,    Attn: Patient Accounts,
                 PO Box 740771,    Cincinnati, OH 45274-0771
28266332        EDI: NEXTEL.COM May 24 2019 03:28:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197-4191
28266330        E-mail/Text: kelly.rose@seminolecounty.tax May 23 2019 23:53:44       Seminole County Tax Coll.,
                 Attn: Ray Valdes,    PO Box 630,   Sanford, FL 32772-0630
28266309        E-mail/Text: kelly.rose@seminolecounty.tax May 23 2019 23:53:44
                 Seminole County Tax Collector,    Post Office Box 630,    Sanford FL 32772-0630
28266335       +E-mail/Text: bell.barrett@sbs.sysco.com May 23 2019 23:54:02       Sysco,
                 1999 Martin Luther King Blvd,    West Palm Beach, FL 33404-7005
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28266316*       Florida Dept. of Revenue,    Bankruptcy Unit,    PO Box 6668,   Tallahassee, FL 32314-6668
28266315*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
28266313*      +Tina Marie Ather,    1101 S. Black Acre Court,    Winter Springs, FL 32708-4435
28266312*      +Troy Darwin Ather,    1101 S. Black Acre Court,    Winter Springs, FL 32708-4435
                                                                                      TOTALS: 0, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 113A-6           User: hjeff                 Page 2 of 2              Date Rcvd: May 23, 2019
                               Form ID: 309B               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Arvind  Mahendru     amtrustee@gmail.com,  amahendru@ecf.axosfs.com;am01@trustesolutions.net
              David R McFarlin    on behalf of Joint Debtor Tina Marie Ather dmcfarlin@fisherlawfirm.com,
               mcfarlinecfs@gmail.com;mbretana@fisherlawfirm.com;r47807@notify.bestcase.com
              David R McFarlin    on behalf of Debtor Troy Darwin Ather dmcfarlin@fisherlawfirm.com,
               mcfarlinecfs@gmail.com;mbretana@fisherlawfirm.com;r47807@notify.bestcase.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Troy Darwin Ather** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–0466** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tina Marie Ather** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–7709** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Middle District of Florida** | | Date case filed for chapter  **7**   **5/22/19** |
| Case number:   **6:19–bk–03380–CCJ** | | |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Troy Darwin Ather | Tina Marie Ather |
| 2. | **All other names used in the last 8 years** | | fdba Paper Loft Designs |
| 3. | **Address** | 1101 S. Black Acre Court <br> Winter Springs, FL 32708 | 1101 S. Black Acre Court <br> Winter Springs, FL 32708 |
| 4. | **Debtor's attorney** <br> Name and address | David R McFarlin <br> Fisher Rushmer, PA <br> 390 N Orange Avenue, Suite 2200 <br> Orlando, FL 32801 | Contact phone 407–843–2111 <br><br> Email: dmcfarlin@fisherlawfirm.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Arvind Mahendru <br> 5703 Red Bug Lake Road <br> Suite 284 <br> Winter Springs, FL 32708 | Contact phone (407) 504–2462 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: May 23, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 28, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.** *** | Location:<br><br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: August 27, 2019**<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4)<br><br>or (6). |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/31/19**<br><br>**Filing deadline: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |