ORDERED.

Dated: July 22, 2019

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

                                                                                      Case No.: 19-03380-CCJ
                                                                                                                 Chapter 7

TROY DARWIN ATHER
TINA MARIE ATHER

                            Debtor(s)        /

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

This matter came on for consideration of the application to employ Arvind Mahendru, as attorney for the bankruptcy estate [Doc. No. 23]. Based upon the facts set forth in the application and declaration by the proposed attorney, the court concludes that the attorney does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code. The court further concludes that the attorney is qualified to represent the trustee and that the court's authorization of the attorney's employment is in the best interest of the estate.

Accordingly, the application is granted, and the court approves the employment of Arvind Mahendru. Compensation will be determined later in accordance with the provisions of Section 330 of the Bankruptcy Code. The attorney's hourly rate is not guaranteed and is subject to review. No payment whatsoever shall be made to the attorney absent application and order.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.